WILSON F. WAKEFIELD, Respondent, *v.* PHILIP B. GAYNOR, Defendant, and EDWARD V. BROPHY et al., as Trustees of the Village of Port Chester, Appellants.

*Wakefield* v. *Gaynor*, 144 App. Div. 905, affirmed.
(Argued March 4, 1913; decided March 18, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 8, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain the officials of the village of Port Chester from paying for work alleged to have been performed under a certain contract.

*Arthur I. Strang, Clinton T. Taylor* and *William A. Sawyer* for appellants.

*Frederick W. Sherman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, CHASE, COLLIN and HOGAN, JJ.